UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

CHRISTOPHER LEE
McINTURFF,

       Petitioner,

       v.

WARDEN THOMAS

       Respondent.

Civil No. 10-367-SU

ORDER

HAGGERTY, District Judge:

    Magistrate Judge Sullivan issued a Findings and Recommendation [5] recommending that the petition in this matter should be dismissed without prejudice, and that petitioner's Motion for Appointment of Counsel [2] should be denied as moot.

    No objections were filed to this Findings and Recommendation, and the case was referred to me. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

1 -- ORDER

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

**CONCLUSION**

The petition in this matter is dismissed without prejudice. Petitioner's Motion for Appointment of Counsel [2] is denied as moot. This court also adopts the Magistrate Judge's recommendation to decline to issue a Certificate of Appealability, on the basis that petitioner Christopher Lee McInturff has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated this  4  day of October, 2010.

                                                   /s/ Ancer L. Haggerty
                                                    Ancer L. Haggerty
                                          United States District Judge